SEALED

**FILED**
August 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____ kf
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v<br><br>**BRAYDEN MICHAEL**<br>**NELSON-GRANBERRY**<br>**Defendant** | **1:25-CR-00378-DAE**<br><br><u>**INDICTMENT**</u><br><br>**[Ct. 1: 18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing Firearms without a License]**<br><br>**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Engaging in the Business of Dealing Firearms without a License**
**[18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)]**

Beginning on or about May 28, 2024, and continuing through on or about March 20, 2025,

in the Western District of Texas, Defendant,

BRAYDEN MICHAEL NELSON-GRANBERRY,

not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United

States Code, willfully engaged in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<u>**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**</u>
**[*See* Fed. R. Crim. P. 32.2]**
**I.**
<u>**Firearm Violations and Forfeiture Statutes**</u>
**[18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D), subject to forfeiture pursuant to**
**18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count One, the United States

gives notice to the Defendant of its intent to seek the forfeiture of property described below upon

conviction and pursuant to Federal Rule of Criminal Procedure 32.2 and 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c) which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any . . . willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder . . . . shall be subject to seizure and forfeiture. . . under the provisions of this chapter. . . .

This Notice for Demand for Forfeiture includes but is not limited to the property described below in Paragraph II.

## II.
## Property

- BP Firearms Co. Wolfman 9mm Silencer with S/N WM9-501267;
- Glock 19 Gen 5 9mm pistol with S/N BLBA821;
- Larue LT-15, 5.56 x 45 mm caliber, short, barreled rifle with S/N LTS-S24948;
- 74U LLC DR-AKSU, 5.45 x 39 caliber, short, barreled rifle with S/N 86695087;
- Unknown Manufacturer, Unknown Model, 5.45 x 39 caliber, suspected silencer with no serial number; and
- Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: DANIEL M. CASTILLO
ASSISTANT UNITED STATES ATTORNEY

Indictment – Nelson-Granberry                                    Page 2 of 2